B3B (Official Form 3B) (11/11) -- Cont.

# UNITED STATES BANKRUPTCY COURT

In re _Alicia White_    Case No. _12-6278_
Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ _76.50_ on or before _March 26, 2012_
$ _76.50_ on or before _April 24, 2012_
$ _76.50_ on or before _May 23, 2012_
$ _76.50_ on or before _June 20, 2012_

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _2-24-2012_

BY THE COURT:
_Susan Pierson Sonderby_
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Gloria White**, | ) | Case No. 12 B 06278 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served on all persons identified as Registrants on the attached service list through the Court's Electronic Notice for Registrants System and as to all other persons on the service list, I caused copies to be sent by first class United States mail in properly addressed envelopes with postage prepaid this 24th day of February, 2012.

_____
Karen Jacobs
Courtroom Deputy